IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JOHN E. McCORD and BECKY McCORD,
and all other persons and
entities similarly situated,

      Plaintiffs,

v.                                 Civil Action No. 5:18CV53
                                             (STAMP)

SWN PRODUCTION COMPANY and
STATOIL USA ONSHORE PROPERTIES, INC.,

      Defendants.

## <u>ORDER OF DISMISSAL</u>

On June 8, 2018, the plaintiffs in this matter filed a notice of voluntary dismissal of this action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Therefore, it is ORDERED that this civil action be, and the same is hereby, DISMISSED without prejudice and retired from the docket of the Court. Accordingly, any pending motions are DENIED AS MOOT.

IT IS SO ORDERED.

The Clerk is hereby directed to transmit copies of this Order to counsel of record herein.

ENTERED: June 8, 2018

                                   /s/ Frederick P. Stamp, Jr.
                                   FREDERICK P. STAMP, JR.
                                   UNITED STATES DISTRICT JUDGE